Fill in this information to identify the case:

Debtor name: **High Society Freeride Company, LLC**
United States Bankruptcy Court for the: **DISTRICT OF COLORADO**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Weihai Reihoung Law Office of Kenneth J. Freed P.O. Box 5914 Sherman Oaks, CA 91413 | | Trade Debt | Disputed | | | $1,024,000.00 |
| Dean McPhail PO Box 1596 100 Kaupulehu Drive Kailua Kona, HI 96745 | | Promissory Note | | | | $556,075.19 |
| Peter Rice 68-1025 N. Kanikui Drive, APT 502 Kamuela, HI 96743 | | Promissory Note | | | | $534,644.71 |
| Frank Perna 26802 Malibu Cove Colony Drive Newnan, GA 30265 | | Promissory Note | | | | $391,620.97 |
| Scenario Lane c/o Breck Eisner 233 S. Beverly Drive 2nd Floor Beverly Hills, CA 90212 | | Promissory Note | | | | $298,941.77 |
| E.J. Foerster 289 Fairway Drive Snowmass Village, CO 81615 | | Line of Credit | | | | $285,000.00 |
| Chris Perna 27412 Latigo Bayview Dr. Malibu, CA 90265 | | Promissory Note | | | | $247,144.53 |
| Jeremy Rungi PO Box 6765 Snowmass Village, CO 81615 | | Promissory Note | | | | $185,358.40 |

Debtor **High Society Freeride Company, LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Leewards Health and Sport** 205 Ocean Ave. Portland, ME 04103 | | Merchant | | | | $161,104.00 |
| **Meta/Radius Global** 7831 Glenroy Suite 250 Edina, MN 55439 | | Marketing Services | | | | $144,075.00 |
| **Hangzhou Aquila Outdoor Products Co., Ltd.** | | Supplier | | | | $52,787.00 |
| **Jason Flynn** 29 Rock Hollow Way, Box 604 Woody Creek, CO 81656 | | Loan | | | | $40,000.00 |
| **Paul W. Menter** 672 Cedar Hills Road Silt, CO 81652 | | Software Subscription Reimbursement | | | | $25,900.00 |
| **RSM US LLP** 4650 East 53rd Street Davenport, IA 52807 | | Professional Services | | | | $20,000.00 |
| **Oracle NetSuite** 5400 North Grand Blvd. Suite 515 Oklahoma City, OK 73112 | | Software Subscription | | | | $19,664.00 |
| **8 Fig** 1717 West 6th Street Suite 335 Austin, TX 78703 | | Working Capital Loan | | $145,000.00 | $0.00 | Unknown |
| **Shopify Capital** 150 Elgin Street 8th Floor Ottowa, Ontario, Canada K2P 1L4 | | Working Capital Loan | | $263,483.00 | $0.00 | Unknown |