United States Bankruptcy Court
District of Colorado

In re:     Case No. 24-13443-JGR
High Society Freeride Company, LLC     Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1082-1     User: admin     Page 1 of 1
Date Rcvd: Jun 21, 2024     Form ID: pdf906     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2024:**

**Recip ID     Recipient Name and Address**
db     + High Society Freeride Company, LLC, 314 Aspen Airport Business Center, Aspen, CO 81611-3533

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 23, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2024 at the address(es) listed below:

**Name     Email Address**

Keri L. Riley
    on behalf of Debtor High Society Freeride Company LLC klr@kutnerlaw.com, vlm@kutnerlaw.com

US Trustee
    USTPRegion19.DV.ECF@usdoj.gov

TOTAL: 2

**United States Bankruptcy Court**
**For the District of Colorado**

In re: )
High Society Freeride Company, LLC ) Bankruptcy Case No. 24-13443-JGR
 ) Chapter 11
 )
Debtor(s). )

# NOTICE OF DEFICIENCY

The following missing documents are required for your case and are due **Friday, July 5, 2024:**

- Corporate Resolution
- Statement regarding whether a receiver is in possession of all or any part of the Debtor's property (L.B.F. 1007-7.1)

The following documents are required in a small business case or a case under Subchapter V of Chapter 11 **not later than 7 days after the date of the order for relief.** 11 U.S.C. § 1116.

- Most recent balance sheet, statement of operations, cash flow statement, and federal income tax return; or, in the alternative, a statement under penalty of perjury that no balance sheet, statement of operations, or cash-flow statement has been prepared and no federal tax return has been filed.

**Your case is subject to dismissal if you fail to file the missing documents or otherwise request a hearing in writing by the above date.**[1]

Date: 6/21/2024            Kenneth S. Gardner, Clerk
                U.S. Custom House, 721 19th Street, Denver, CO 80202

Create your "List of Creditors" online: http://www.cob.uscourts.gov/efile/sam/signup.aspx
The Official Bankruptcy Forms are available at http://www.uscourts.gov/forms/bankruptcy-forms
The Official Local Bankruptcy Forms are available at http://www.cob.uscourts.gov/forms/all-forms
For more information on how to file the missing document(s) or information about your case:
    Call: 720-904-7300
    Live Chat Online: www.cob.uscourts.gov

---

[1] See 11 U.S.C. § 521 and/or 11 U.S.C. §1116, Federal Rule of Bankruptcy Procedure 1007 and/or 3015, and/or Local Bankruptcy Rule 1007-6, and 1007-7.