## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| High Society Freeride Company, LLC | ) Case No. 24-13443 JGR |
| | ) |
| | ) Chapter 11 (Subchapter V) |
| Debtor. | ) |

### NOTICE OF TRUSTEE'S MOTION FOR ORDER APPROVING RETAINER

### OBJECTION DEADLINE: July 19th, 2024

**NOTICE IS HEREBY GIVEN** that Mark Dennis, Subchapter V Trustee ("Trustee") for High Society Freeride Company, LLC, debtor-in-possession herein (the "Debtor"), has filed a Motion for Approval of Retainer (the "Motion") with the Bankruptcy Court and requests the following relief: The Trustee requests authorization for the Debtor to pay him a retainer in the amount of $3,000 ("Retainer") as a mechanism for payment of budgeted and agreed upon Subchapter V Trustee fees, to be held as security pending Bankruptcy Court approval of Subchapter V Trustee fee application(s).

If you oppose the Motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the Movant at the address indicated below, and must state clearly all objections and any legal basis for the objections.

The Court will not consider general objections. In the absence of a timely, substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

Dated this 27th day of June, 2024.

Respectfully Submitted,

By: _____
Mark Dennis, Subchapter V Trustee of Debtor
2000 So. Colorado Blvd. #200, Denver, CO 80222
email: mdennis@slbiggs.com
Ph: 303-226-5471; Fax: 303-694-6761

## CERTIFICATE OF SERVICE

I certify that on June 27th, 2024, I served a complete copy of the foregoing **NOTICE OF MOTION TO APPROVE RETAINER FOR TRUSTEE** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

**Via U.S. First Class Mail**

High Society Freeride Company, LLC
314 Aspen Airport Business Center
Aspen, CO 81611

*See attached list.*

**Via CM/ECF**

| | |
|---|---|
| Benjamin Sales | benjamin.a.sales@usdoj.gov |
| Keri L. Riley | klr@kutnerlaw.com, vlm@kutnerlaw.com |
| US Trustee | USTPRegion19.DV.ECF@usdoj.gov |

_____
Mark Dennis, Subchapter V Trustee

```
Label Matrix for local noticing          High Society Freeride Company, LLC      US Bankruptcy Court
1082-1                                   314 Aspen Airport Business Center       US Custom House
Case 24-13443-JGR                        Aspen, CO 81611-3533                    721 19th St.
District of Colorado                                                             Denver, CO 80202-2508
Denver
Mon Jun 24 09:32:39 MDT 2024

8 Fig                                    Chris Perna                             Colorado Department of Revenue
1717 West 6th Street                     27412 Latigo Bayview Dr.                1881 Pierce Street
Suite 335                                Malibu, CA 90265-2865                   Attn Bankruptcy Dept., RM 104
Austin, TX 78703-4787                                                            Lakewood, CO 80214-1407


Dean McPhail                             E.J. Foerster                           Frank Perna
PO Box 1596                              289 Fairway Drive                       26802 Malibu Cove Colony Drive
100 Kaupulehu Drive                      Snowmass Village, CO 81615              Newnan, GA 30265
Kailua Kona, HI 96740


(p)INTERNAL REVENUE SERVICE              Internal Revenue Service                Jason Flynn
CENTRALIZED INSOLVENCY OPERATIONS        PO Box 7346                             29 Rock Hollow Way, Box 604
PO BOX 7346                              Philadelphia, PA 19101-7346             Woody Creek, CO 81656-0604
PHILADELPHIA PA 19101-7346


Jeremy Rungi                             Leewards Health and Sport               Meta/Radius Global
PO Box 6765                              205 Ocean Ave.                          7831 Glenroy
Snowmass Village, CO 81615-6765          Portland, ME 04103-5712                 Suite 250
                                                                                 Edina, MN 55439-3117


(c)OFFICE OF THE ATTORNEY GENERAL        Office of the Attorney General          Office of the US Attorney
STATE OF COLORADO                        US Department of Justice                District of Colorado
1525 N SHERMAN ST STE 700                950 Pennsylvania Avenue, NW             1225 Seventeenth Street
DENVER CO  80203-1700                    Suite 4400                              Suite 700
                                         Washington, DC 20530-0001               Denver, CO 80202-5598


Oracle NetSuite                          Paul W. Menter                          Peter Rice
5400 North Grand Blvd.                   672 Cedar Hills Road                    68-1025 N. Kanikui Drive, APT 502
Suite 515                                Silt, CO 81652-9588                     Kamuela, HI 96743-8782
Oklahoma City, OK 73112-5704


RSM US LLP                               Scenario Lane                           Shopify Capital
4650 East 53rd Street                    c/o Breck Eisner                        150 Elgin Street
Davenport, IA 52807-3479                 233 S. Beverly Drive                    8th Floor
                                         2nd Floor                               Ottowa, Ontario, Canada K2P 1L4
                                         Beverly Hills, CA 90212-3886


State of Colorado                        US Trustee                              Weihai Reihoung
Division of Securities                   Byron G. Rogers Federal Building        Law Office of Kenneth J. Freed
1560 Broadway, Suite 900                 1961 Stout St.                          P.O. Box 5914
Denver, CO 80202-5150                    Ste. 12-200                             Sherman Oaks, CA 91413-5914
                                         Denver, CO 80294-6004


Keri L. Riley
Kutner Brinen Dickey Riley, P.C.
1660 Lincoln Street
Suite 1720
Denver, CO 80264-1700
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Insolvency Unit
1999 Broadway
MS 5012 DEN
Denver, CO 80202-3025


Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).


Office of the Attorney General
State of Colorado
1525 Sherman Street
7th Floor
Denver, CO 80203


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Hangzhou Aquila Outdoor            (d)Oracle NetSuite                    End of Label Matrix
Products Co., Ltd.                    5400 North Grand Blvd.                Mailable recipients    27
                                      Suite 515                             Bypassed recipients     2
                                      Oklahoma City, OK 73112-5704          Total                  29