UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE: )
) Case No. 24-13443-JGR
HIGH SOCIETY FREERIDE COMPANY, LLC )
) Chapter 11, Subchapter V
Debtor. )

## COVERSHEET FOR MOTION SEEKING EXPEDITED ENTRY OF ORDER AND NOTICE OF IMPENDING HEARINGS THEREON

The Debtor in the above-captioned Chapter 11 filed on June 20, 2024, requests the Court to enter the Orders listed below on an expedited basis. **THE DEBTOR HAS FILED MOTIONS SEEKING EXPEDITED ENTRY OF THE FOLLOWING ORDERS:**

1. \_\_\_\_ Order Authorizing the Joint Administration of Multiple Debtor Bankruptcy Cases (see L.B.R. 1015-1)

2. _X_ Order Authorizing Payment of Prepetition Wages, Salaries, Expenses

3. _X_ Interim Order Authorizing Use of Cash Collateral (see L.B.R. 4001-3)

4. \_\_\_\_ Interim Approval of Post Petition Secured and/or Super-Priority Financing Pursuant to Section 364(c) of the Bankruptcy Code

5. \_\_\_\_ Order Authorizing Payment of Prepetition Claims of Certain Critical Vendors and Suppliers

6. \_\_\_\_ Order Authorizing Debtor to Honor Certain Customer Obligations, Including Warranty Claims

7. \_\_\_\_ Interim Order Determining Adequate Assurance of Payment for Future Utility Services and Restraining Utility Companies from Discontinuing, Altering or Refusing Service

8. \_\_\_\_ Order Establishing Interim Notice Procedures (see L.B.R. 2081-2)

9. \_\_\_\_ Order Authorizing Bonus or Retention Plans

10. \_\_\_\_ Order Authorizing Retention of Cash Management Systems

11. \_\_\_\_ Order Establishing Investment Guidelines

12. \_\_\_ Other Orders-

Dated: June 27, 2024                              Respectfully submitted,


By: */s/ Keri L. Riley*
       Keri L. Riley #47605
       **KUTNER BRINEN DICKEY RILEY, P.C.**
       1660 Lincoln Street, Suite 1720
       Denver, CO 80264
       Telephone: (303) 832-2400
       E-Mail: klr@kutnerlaw.com

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:                                               )
                                                     )   Case No. 24-13443-JGR
HIGH SOCIETY FREERIDE COMPANY, LLC   )
                                                     )   Chapter 11, Subchapter V
Debtor.                                              )

**MOTION SEEKING EXPEDITED ENTRY OF ORDER**

The Debtor, High Society Freeride Company, LLC ("Debtor"), by and through its attorneys, Kutner Brinen Dickey Riley, P.C., states its Motion Seeking Expedited Entry of Order as follows:

1. The Debtor filed its Voluntary Petition pursuant to Chapter 11 of the Bankruptcy Code on June 20, 2024 ("Petition Date"). The Debtor remains a debtor in possession and is in operation of its business pursuant to 11 U.S.C. §§ 1107 and 1108.

2. The Debtor is a Colorado limited liability company with its principal place of business located in Aspen, Colorado. The Debtor is engaged in business owning and operating a retail and online store selling equipment for outdoor adventure activities, including paddle boards, apparel, skis, and snowboards.

3. The Debtor plans to continue operation of its business throughout the Chapter 11 case and propose a Plan of Reorganization.

4. The Debtor has filed the following Motions: 1) Motion For Authority to Use Cash Collateral; and 2) Motion of Debtor and Debtor in Possession for an Order Authorizing (a) Payment of Prepetition Employee Wages and Salaries and (b) Payment of all Costs and Expenses Incident to the Foregoing Payments ("Motions"). The Debtor is seeking an expedited order approving the Motions, at least on an interim basis. The factual predicate for the need for the expedited order is set forth in the Declaration of Kelly Watters, the President and Chairman of the Debtor's Board of Directors. The Declaration has been filed along with this Motion and is incorporated herein by reference.

5. The Debtor plans to continue operation of its business throughout the Chapter 11 case and propose a Plan of Reorganization. It is only through a Plan that unsecured creditors will see a meaningful recovery on account of their claims.

6. The Debtor does not have the necessary funds for the ongoing operation of

its business without the use of the Cash Collateral in which 8fig, Inc. and other secured creditors may hold an interest.

7. Without the immediate use of the Cash Collateral, the Debtor will suffer immediate and irreparable harm. The Debtor will not be able to fund its ongoing operations, will be at risk of losing its business and goodwill since it will not be able to pay employees who need to be paid for their ongoing services, and will severely impair the Debtor's ability to successfully reorganize.

8. Without the ability to pay employees their pre-petition wages, Debtor risks losing the goodwill of its employees and having to replace its employees with new staff.

9. The Debtor therefore seeks the expedited entry of an Order approving the use of cash collateral on an interim basis, and setting the matter for a final hearing.

WHEREFORE, the Debtor respectfully requests that the Court enter an Order, a proposed form is filed herewith, granting an expedited hearing on the foregoing Motions, and for such further and additional relief as to the Court may appear proper.

Dated: June 27, 2024                    Respectfully submitted,


                                        By: _/s/ Keri L. Riley_____
                                            Keri L. Riley, #47605
                                            **KUTNER BRINEN DICKEY RILEY, P.C.**
                                            1660 Lincoln Street, Suite 1720
                                            Denver, CO 80264
                                            Telephone: (303) 832-2400
                                            E-Mail: klr@kutnerlaw.com

2

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 24-13443-JGR |
| HIGH SOCIETY FREERIDE COMPANY, LLC ) | |
| ) | Chapter 11, Subchapter V |
| Debtor. ) | |

**NOTICE OF FILING OF CHAPTER 11 DEBTOR'S
MOTION SEEKING EXPEDITED ENTRY OF ORDER**

**L.B.R. 2081-1 PROVIDES THAT A HEARING WILL BE HELD ON DEBTOR'S MOTION WITHIN THREE DAYS**. Debtor will give you fax or e-mail notice of the time and place of the hearing only if you respond to this Notice by fax or email stating that you wish to be notified of the hearing. Your response may be in the form of L.B. Form 2081-1.3 and must specify the fax or e-mail address at which you wish to receive notice. If you specify more than one method of notice, Debtor will use the method most readily available to Debtor. You may also obtain information on the time and place of the hearing by checking the Court's calendar over the internet at www.cob.uscourts.gov.

**REQUESTS FOR NOTICE OF THE HEARING SHALL BE EMAILED TO COUNSEL FOR DEBTOR AT klr@kutnerlaw.com.**

Dated: June 27, 2024                                    Respectfully submitted,

By:  /s/ Keri L. Riley
Keri L. Riley, #47605
**KUTNER BRINEN DICKEY RILEY, P.C.**
1660 Lincoln Street, Suite 1720
Denver, CO 80264
Telephone: (303) 832-2400
E-Mail: klr@kutnerlaw.com

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 24-13443-JGR |
| HIGH SOCIETY FREERIDE COMPANY, LLC | ) | |
| | ) | Chapter 11, Subchapter V |
| Debtor. | ) | |

**RESPONSE AND REQUEST FOR NOTICE OF HEARING**

**Attention:** Keri L. Riley, counsel to the Debtor.

    The undersigned requests that notice of the date, time and place of the hearing on Debtor's Motion Seeking Expedited Entry of Order be served as follows:

\_\_\_\_\_ By e-mail to _____

\_\_\_\_\_ By fax to _____

Dated: _____       By: _____

                                                                                                               *Counsel to* _____
                                                                                                               Attorney registration number (if applicable)
                                                                                                               Business address (or home address for *pro se*)
                                                                                                               Telephone number
                                                                                                               Facsimile number
                                                                                                               E-mail address