UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 24-13443-JGR |
| HIGH SOCIETY FREERIDE COMPANY, LLC ) | |
| ) | Chapter 11, Subchapter V |
| Debtor. ) | |

**INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL**

UPON CONSIDERATION of the Motion of the Debtor and Debtor in Possession for entry of an order authorizing the use of cash collateral on an interim basis ("Motion") and setting a final hearing, and any additional papers filed in opposition thereto and in further support thereof; and having heard the arguments of counsel, if any; and having considered any evidence presented; and due and proper notice of the Motion having been provided; and for good cause shown:

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED;

2. That adequate protection of the interests of 8fig Inc., WebBank, and any other party asserting an interest in the Debtor's cash, cash equivalents, accounts, and accounts receivable (collectively "Secured Creditors"), interests in cash collateral proposed to be used by the Debtor in accordance with the Budget that accompanies the Motion is approved as follows:

   a. The Debtor will provide the Secured Creditors with a post-petition lien on all post-petition accounts receivable and income derived from the operation of the business and assets, to the extent that the use of the cash results in a decrease in the value of the Secured Creditors' interest in the collateral pursuant to 11 U.S.C. § 361(2).  All replacement liens will hold the same relative priority to assets as did the pre-petition liens;

   b.  The Debtor will only use cash collateral in accordance with the Budget attached to this Motion as **Exhibit A** subject to a deviation on line item expenses not to exceed 15% without the prior agreement of the Secured Creditors or an order of the Court;

   c.  The Debtor will keep all of the Secured Creditors' collateral fully insured;

    d. The Debtor will provide the Secured Creditors with a complete accounting, on a monthly basis, of all revenue, expenditures, and collections through the filing of the Debtor's Monthly Operating Reports; and

    e. The Debtor will maintain in good repair all of the Secured Creditors' collateral

3. The Debtor's use of cash collateral pursuant to this Order is authorized with a complete reservation of rights of the Secured Creditors or any other secured creditor to its various claims and lien positions in and to the Debtor's assets.

4. A final hearing on the Debtor's Motion is set for 3:00 p.m. on July 16, 2024, via Zoom teleconference.

Dated: July 2, 2024

BY THE COURT:

_____
Honorable Joseph G. Rosania, Jr.
United States Bankruptcy Judge